UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ROBERT G. PELLE,

                                    Petitioner,

                    -against-

J.L. JAMISON,

                                    Respondent.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 11/27/2023

23-CV-09517 (GHW)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On November 22, 2023, the Honorable Gregory H. Woods referred this *habeas corpus* petition to me for a report and recommendation. See 28 U.S.C. § 636(b)(1)(A). The parties shall comply with the schedule set forth in the November 22, 2023 Order to Answer. Any requests for an extension shall be submitted to me.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        November 27, 2023
              New York, New York