

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*86 Chambers Street*
*New York, New York 10007*

December 21, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2023
```

**By ECF**
Hon. Gregory H. Woods
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Pelle v. J.L. Jamison*, No. 23 Civ. 9517 (GHW) (SN)

Dear Judge Woods:

      This Office represents the Respondent J.L. Jamison in the above-referenced habeas petition. I write to respectfully request a one-week extension of time, from January 2, 2024, to January 9, 2024, for the parties to submit a fully executed Notice, Consent, and Reference to a Civil Action for a Magistrate Judge form or to inform the Court that the parties do not consent to proceeding before the magistrate judge.

      Pursuant to the Court's Order (ECF No. 12), the parties were directed to confer regarding consenting to a magistrate judge and to either file the form consenting to a magistrate or submitting a joint letter by January 2, 2024, informing the Court that the parties do not consent. The parties conferred by telephone on December 20, 2023, regarding consenting to a magistrate, and both parties agreed to consent to proceeding before the magistrate. The same day, I mailed a copy of the form to Petitioner, who is *pro se* and currently incarcerated at FCI Otisville. Because it may take time for the Petitioner to receive, review, sign, and send back the form via regular mail, and due to the holidays, I respectfully request an additional week for the parties to submit a fully executed form.

      I thank the Court for its consideration of this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:   */s/ Dana Walsh Kumar*
      DANA WALSH KUMAR
      Assistant United States Attorney
      Tel.:   (212) 637-2741
      Email: Dana.Walsh.Kumar@usdoj.gov

cc:   Robert G. Pelle
      #26671-050
      FCI Otisville
      P.O. Box 1000
      Otisville, New York 10963
      *PRO SE*
      (By Certified Mail)

Application granted. The deadline for the parties to comply with the Court's December 5, 2023 order is extended to January 23, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: December 26, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge