UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ROBERT G. PELLE,

                      Petitioner,                  23-CV-09517 (SN)

    -against-                               **ORDER OF DISMISSAL**

J.L. JAMISON,

                      Respondent.
----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this *habeas corpus* proceeding, Petitioner has challenged the Bureau of Prison's denial of credit for non-federal presentence time, pursuant to 18 U.S.C. § 3585(b), seeking immediate release from federal custody. Based on the Bureau of Prison's website, Petitioner was released from federal custody on July 19, 2024. Shortly thereafter, the Court ordered Petitioner to show cause by August 26, 2024, why the case should not be dismissed as moot. ECF No. 29. To date, Petitioner has not shown cause or otherwise responded to the Order to Show Cause. For the reasons explained in the Order to Show Cause, this case is DISMISSED without prejudice. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      September 3, 2024
                 New York, New York